1  George Thomas Martin, III (SBN 218456)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400
   Fax: 866-583-3695
4  tmartin@consumerlawcenter.com
   Attorneys for Plaintiff,
5  DENISE UNDERWOOD

6

7  **UNITED STATES DISTRICT COURT,**
   **EASTERN DISTRICT OF CALIFORNIA**
8  **SACRAMENTO DIVISION**

9  DENISE UNDERWOOD,           )   **Case No.: 2:09-cv-02861-MCE-GGH**
                               )
10         Plaintiff,          )   **NOTICE OF SETTLEMENT**
                               )
11     v.                      )
                               )
12 STELLAR RECOVERY, INC.,     )
                               )
13         Defendant.          )
                               )

14

15     NOW COMES the Plaintiff, DENISE UNDERWOOD, by and through the undersigned

16 counsel and hereby informs the court that a settlement of the present matter has been reached and

17 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

18 next 40 days.

19     Plaintiff therefore requests that this honorable court vacate all dates currently set on

20 calendar for the present matter.

21                             Respectfully Submitted,

22

23

24

25

- 1 -

Notice of Settlement

1 | DATED: November 23, 2009      KROHN & MOSS, LTD.

2

3      By: /s/ George Thomas Martin, III

4      George Thomas Martin, III
     Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25