George Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
tmartin@consumerlawcenter.com
Attorneys for Plaintiff,
DENISE UNDERWOOD

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DENISE UNDERWOOD, ) | **Case No.: 2:09-cv-02861-MCE-GGH** |
| Plaintiff, ) | |
| v. ) | **VOLUNTARY DISMISSAL** |
| STELLAR RECOVERY, INC., ) | |
| Defendant. ) | |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, DENISE UNDERWOOD, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 1, 2010                    KROHN & MOSS, LTD.


                                                                    By: /s/ George Thomas Martin, III

                                                                         George Thomas Martin, III

                                                                         Attorneys for Plaintiff,
                                                                         DENISE UNDERWOOD